918 A.2d 593

IN THE MATTER OF JOSEPH J. LOWENSTEIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 013281985).

March 21, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–254, concluding that **JOSEPH J. LOWEN-STEIN** of **PATERSON**, who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 4.1(a)(2)(failing to disclose material fact to a third person when disclosure is necessary to avoid assisting a fraudulent act by a client), and good cause appearing;

It is ORDERED that **JOSEPH J. LOWENSTEIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.